# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HUMBERTO CASTILLO BONILLA,

                Plaintiff,                              20 **CIVIL** 8216 (JPO)

       -v-                                         **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 17, 2022, the Report and Recommendation is hereby ADOPTED, Plaintiff's motion for judgment on the pleadings is hereby DENIED, and Defendant's motion for judgment on the pleadings is hereby GRANTED. The ALJ's decision is affirmed; accordingly, the case is closed.

**Dated:**  New York, New York
         June 17, 2022

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                               **BY:**     *K. Mango*
                                                         **Deputy Clerk**